Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel Especial

| ALPHA DEMOLITIONS, INC.<br>Apelante<br><br>v.<br><br>PILOTO CORPORATION LLC,<br>*ET ALS*<br>Apelados | KLAN202500046 | *Apelación* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Caso Núm. SJ2023CV08167<br><br>Sobre: Incumplimiento de Contrato |
|---|---|---|

Panel integrado por su presidente el Juez Sánchez Ramos, el Juez Adames Soto y la Juez Aldebol Mora

Adames Soto, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 20 de febrero de 2025.

Atendida la *Moción para desestimación por transacción* instada por la parte apelada de epígrafe, que a su vez acompañó con copia de la estipulación transaccional suscrita por las partes ante el Tribunal de Primera Instancia, la declaramos *Con Lugar*, por lo que, a tenor con la Regla 83(B)(5) de nuestro Reglamento, 4 LPRA Ap. XXII-B, desestimamos el recurso de apelación instado y ordenamos su archivo.

Lo acordó y manda el Tribunal y lo certifica su Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2025_____